AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**ALLEN MANDE,**

      Petitioner,

     V.                CASE NUMBER: **06-C-69**

**PHIL KINGSTON**,

      Respondent.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Allen Mande's petition pursuant to Title 28, United States Code, Section 2254, is DENIED. This action is hereby DISMISSED.**

  **October 10, 2007**                        **JON W. SANFILIPPO**
Date                                                      Clerk

                                                         s/ Linda M. Zik
                                                         (By) Deputy Clerk